IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02737-BNB

PATRICK L. BRENNER,

Applicant,

v.

WARDEN BRIGHAM SLONE,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

Applicant, Patrick L. Brenner, is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Brenner has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his state court conviction and sentence. The court must construe the application liberally because Mr. Brenner is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Brenner will be ordered to file an amended pleading.

The court has reviewed the application and finds that it is deficient. The claims Mr. Brenner raises must be asserted pursuant to 28 U.S.C. § 2254 because he is challenging the validity, and not the execution, of his conviction and sentence. Therefore, Mr. Brenner will be directed to file an amended pleading on the proper form.

Mr. Brenner is reminded that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Brenner go beyond notice pleading. See *Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. See *Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Brenner file **within thirty (30) days from the date of this order** an amended pleading on the proper form. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Brenner, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Brenner fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED December 19, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02737-BNB

Patrick L. Brenner
Reg No. 66893
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 12/19/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk