IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02737-BNB

PATRICK L. BRENNER,

    Applicant,

v.

WARDEN BRIGHAM SLONE,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 5 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Patrick L. Brenner is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Brenner initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging the validity of a Colorado state court criminal conviction and sentence. In an order filed on December 19, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Brenner to file an amended pleading on the court-approved form for an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he is challenging the validity, and not the execution, of his conviction and sentence. Mr. Brenner was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Brenner has not filed an amended pleading on the proper form as directed. Instead, on January 6, 2009, Mr. Brenner filed a document titled "Applicant's Response to File Amended Pleading of December 19, 2008." Mr. Brenner argues that his claims

may be raised in a habeas corpus action pursuant to § 2241 because he is challenging the execution of his sentence and he asks the Court to accept the habeas corpus application pursuant to § 2241 that he already has filed in this action.

Mr. Brenner's argument that his claims properly are asserted pursuant to § 2241 because he is challenging only the execution of his sentence lacks merit. Although the specific claims Mr. Brenner is asserting in this action are not entirely clear because he fails to allege specific facts in support of those claims, the relief Mr. Brenner seeks is clear. He asks to be resentenced in accordance with the plea agreement he signed. Therefore, the Court finds that Mr. Brenner is challenging the validity of his sentence and that his claims properly must be raised pursuant to § 2254 rather than § 2241. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000).

As noted above, the Court must construe Mr. Brenner's habeas corpus application liberally. However, the Court will not construe the habeas corpus application filed in this action liberally as an application for a writ of habeas corpus pursuant to § 2254. Mr. Brenner's failure to use the court-approved § 2254 form has deprived the Court of much of the information that is necessary in a § 2254 action. Most importantly, Mr. Brenner fails to identify the case number of the state court conviction and sentence he is attacking. The Court is aware from Mr. Brenner's previous habeas corpus actions that he has been convicted in at least three state court cases. *See Brenner v. Sloan*, No. 08-cv-01148-ZLW (D. Colo. July 17, 2008) (discussing Mr. Brenner's three prior federal habeas corpus cases that each challenged one or more of three state court criminal convictions). The Court also is aware that Mr.

Brenner is barred from challenging at least two of his state court criminal convictions unless he obtains authorization from the United States Court of Appeals for the Tenth Circuit to file a second or successive habeas corpus application. *See id.* Therefore, it is critical for Mr. Brenner to use the proper form and identify the specific conviction under attack. Because Mr. Brenner has failed within the time allowed to file an amended pleading on the proper form as directed in Magistrate Judge Boland's December 19 order, the instant action will be dismissed. Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied and the action is dismissed without prejudice for failure to file an amended pleading as directed.

DATED at Denver, Colorado, this 5 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02737-BNB

Patrick L. Brenner
Reg No. 66893
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/5/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk